# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# (EASTERN DIVISION)

|  |  |
|---|---|
| In re ) | |
| ) | Chapter 7 |
| ALVARO M. PEREIRA, ) | Case No. 12-15862-WCH |
| ) | |
| Debtor. ) | |
| ) | |
| DEBORA A. CASEY, ) | |
| CHAPTER 7 TRUSTEE OF ) | |
| ALVARO M. PEREIRA, ) | |
| ) | ADVERSARY PROCEEDING |
| Plaintiff, ) | No. 12-01229-WCH |
| ) | |
| v. ) | |
| ) | |
| BANK OF AMERICA, N.A., ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION TO RESCHEDULE STATUS CONFERENCE

To the Honorable William C. Hillman, United States Bankruptcy Judge:

Plaintiff Debora A. Casey ("Trustee" or "Plaintiff") and defendant Bank of America, N.A. ("Defendant," and together with Plaintiff, "Parties") in this Adversary Proceeding, hereby requests that the Status Conference scheduled for December 5, 2014 in this matter be rescheduled to a date after January 15, 2015.

As grounds for this request, the Parties state that the Plaintiff has filed an appeal of the decision of the United States District Court [Docket No. 43] - reversing an earlier ruling of this Court. The appeal remains pending in the First Circuit Court of Appeals. The Parties continue to discuss potential settlement as well.

{Client Files/37242/0004/01628764.DOC }

Wherefore, the Parties respectfully request that the Status Conference in this case be rescheduled to a date after January 15, 2015.

Respectfully submitted,

DEBORA A. CASEY, CHAPTER 7 TRUSTEE OF ALVARO N. PEREIRA,

By her attorneys,

Dated:   December 3, 2014          /s/Alex M. Rodolakis
Alex M. Rodolakis (BBO# 567781)
Fletcher Tilton, PC
1597 Falmouth Road
Centerville, MA  02632
(508) 778-1100
arodolakis@fletchertilton.com

BANK OF AMERICA, N.A.,

By its attorneys,

Dated:   December 3, 2014          /s/ Mark B. Johnson*
Mark B. Johnson
Johnson & Borenstein, LLC
Andover, MA  01810
Telephone:  978-475-4488

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on December 3, 2014.

          /s/Alex M. Rodolakis
Dated:   December 3, 2014      Alex M. Rodolakis (BBO# 567781)
Fletcher Tilton, PC
1597 Falmouth Road
Centerville, MA  02632
(508) 778-1100
arodolakis@fletchertilton.com

{Client Files/37242/0004/01628764.DOC }

2*  Mark B. Johnson authorized the affixation of his electronic signature on this motion, indicating his joinder to the motion.