United States Bankruptcy Court
District of Massachusetts

Casey,
    Plaintiff

Adv. Proc. No. 12-01229-wch

Bank Of America, N.A.,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0101-1     User: jsilva     Page 1 of 1     Date Rcvd: Jan 23, 2015
                              Form ID: pdf012     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2015.
dft        +Bank Of America, N.A.,   1400 Best Plaza Drive,   Suite 101,   Richmond, VA 23227-1125

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust       +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Jan 23 2015 23:45:19      John Fitzgerald,
           Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
           5 Post Office Sq., 10th Fl, Suite 1000,   Boston, MA 02109-3901
                                                                                           TOTAL: 1

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cc*       +Bank Of America, N.A.,   1400 Best Plaza Drive,   Suite 101,   Richmond, VA 23227-1125
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2015                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2015 at the address(es) listed below:
         Alex M. Rodolakis    on behalf of Plaintiff Debora A. Casey arodolakis@fletchertilton.com,
          arodolakis@fletchertilton.com
         Alex M. Rodolakis    on behalf of Counter-Defendant Debora A. Casey arodolakis@fletchertilton.com,
          arodolakis@fletchertilton.com
         Amy N Azza    on behalf of Defendant   Bank Of America, N.A.
          bankruptcy@orlansmoran.com;anhsom@gmail.com;anhsom@earthlink.net
         John G. Hofmann    on behalf of Plaintiff Debora A. Casey jhofmann@gilmac.com
         Mark B. Johnson    on behalf of Defendant   Bank Of America, N.A. mark@jbllclaw.com
                                                                                        TOTAL: 5



01/23/2015 Granted; the status conference is hereby rescheduled to April 17, 2015, at 9:30 AM in BARNSTABLE. The parties shall file a status report no later than April 10, 2015. Movant shall give notice of rescheduled hearing date to parties and file a certificate of such service with the Court.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(EASTERN DIVISION)**

|  |  |
|---|---|
| _____ ) | |
| In re ) | |
| ) | Chapter 7 |
| ALVARO M. PEREIRA, ) | Case No. 12-15862-WCH |
| ) | |
| Debtor. ) | |
| _____) | |
| ) | |
| DEBORA A. CASEY, ) | |
| CHAPTER 7 TRUSTEE OF ) | |
| ALVARO M. PEREIRA, ) | |
| ) | ADVERSARY PROCEEDING |
| Plaintiff, ) | No. 12-01229-WCH |
| ) | |
| v. ) | |
| ) | |
| BANK OF AMERICA, N.A., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**JOINT MOTION TO RESCHEDULE STATUS CONFERENCE**

To the Honorable William C. Hillman, United States Bankruptcy Judge:

Defendant Bank of America, N.A. ("Defendant") and plaintiff Debora A. Casey ("Trustee" or "Plaintiff," and together with Defendant, "Parties") in this Adversary Proceeding, hereby request that the Status Conference scheduled for January 30, 2015 in this matter be rescheduled.

As grounds for this request, the Parties state that the Plaintiff has filed an appeal of the decision of the United States District Court [Docket No. 43] - reversing an earlier ruling of this Court. The appeal remains pending in the First Circuit Court of Appeals.

1