10/27/2015 Motion allowed.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| In re<br><br>ALVARO M. PEREIRA,<br><br>Debtor.<br><br>DEBORA A. CASEY,<br>CHAPTER 7 TRUSTEE OF<br>ALVARO M. PEREIRA,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Chapter 7<br>Case No. 12-15862-WCH<br><br><br><br><br>ADVERSARY PROCEEDING<br>No. 12-01229-WCH |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE**

To the Honorable William C. Hillman, United States Bankruptcy Judge:

Defendant Bank of America, N.A. ("Defendant") and plaintiff Debora A. Casey ("Trustee" or "Plaintiff," and together with Defendant, "Parties") in this Adversary Proceeding, hereby request that the Status Conference scheduled for October 30, 2015 in this matter be continued. As grounds for this request, the Parties state that the Plaintiff has filed an appeal of the decision of the United States District Court (Docket No. 43 - reversing an earlier ruling of this Court). At oral argument on June 3, 2015 the First Circuit Court of Appeals requested questions for certification to the Supreme Judicial Court. The Supreme Judicial Court has yet to receive briefs or schedule oral argument on the matter.

1