United States Bankruptcy Court
District of Massachusetts

Casey,
    Plaintiff

Bank Of America, N.A.,
    Defendant

Adv. Proc. No. 12-01229-jnf

## CERTIFICATE OF NOTICE

District/off: 0101-1    User: cpd    Page 1 of 1    Date Rcvd: Oct 27, 2015
                     Form ID: pdf012    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2015.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Oct 27 2015 23:18:50      John Fitzgerald,
                Office of the US Trustee,    J.W. McCormack Post Office & Courthouse,
                5 Post Office Sq., 10th Fl, Suite 1000,    Boston, MA 02109-3901
                                                                                                    TOTAL: 1

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2015                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 27, 2015 at the address(es) listed below:
        Alex M. Rodolakis    on behalf of Plaintiff Debora A. Casey arodolakis@fletchertilton.com,
         arodolakis@fletchertilton.com
       Alex M. Rodolakis    on behalf of Counter-Defendant Debora A. Casey arodolakis@fletchertilton.com,
         arodolakis@fletchertilton.com
       John G. Hofmann    on behalf of Plaintiff Debora A. Casey jhofmann@gilmac.com
       Jordan    Wilcox    on behalf of Defendant    Bank Of America, N.A. bankruptcy@orlansmoran.com,
         ANHSOM@4stechnologies.com;anhsom@gmail.com
       Mark B. Johnson    on behalf of Defendant    Bank Of America, N.A. mark@jbllclaw.com
                                                                                                                                           TOTAL: 5

*10/27/2015 Motion allowed.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(EASTERN DIVISION)**

| | |
|---|---|
| In re )<br>)<br>ALVARO M. PEREIRA, )<br>)<br>Debtor. )<br>_____) | Chapter 7<br>Case No. 12-15862-WCH |
| DEBORA A. CASEY, )<br>CHAPTER 7 TRUSTEE OF )<br>ALVARO M. PEREIRA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BANK OF AMERICA, N.A., )<br>)<br>Defendant. )<br>_____) | ADVERSARY PROCEEDING<br>No. 12-01229-WCH |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE**

To the Honorable William C. Hillman, United States Bankruptcy Judge:

Defendant Bank of America, N.A. ("Defendant") and plaintiff Debora A. Casey ("Trustee" or "Plaintiff," and together with Defendant, "Parties") in this Adversary Proceeding, hereby request that the Status Conference scheduled for October 30, 2015 in this matter be continued. As grounds for this request, the Parties state that the Plaintiff has filed an appeal of the decision of the United States District Court (Docket No. 43 - reversing an earlier ruling of this Court). At oral argument on June 3, 2015 the First Circuit Court of Appeals requested questions for certification to the Supreme Judicial Court. The Supreme Judicial Court has yet to receive briefs or schedule oral argument on the matter.

1